IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| DENNIE HILL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   No.: 4:12-cv-82 |
| | ) |
| | )   Judge Mattice |
| HEARTLAND CROP INSURANCE, INC., | ) |
| | ) |
|     Defendant. | ) |

**AGREED ORDER OF DISMISSAL**

Come the parties to this cause of action, jointly, by and through their respective counsel of record, and announce to the Court that the matter has been mediated, and that the mediation award has been paid and accepted by the Plaintiff herein. The parties jointly announce to the Court that all matters in controversy have been compromised and settled. Accordingly, it is, hereby

**ORDERED, ADJUDGED AND DECREED** that this cause of action be dismissed with costs taxed equally to the parties herein.

**ENTERED** this the ____ day of November, 2013.

 

_____
**JUDGE MATTICE**

APPROVED FOR ENTRY:

BY: _____
    GREGORY M. O'NEAL
    2 S. Jefferson St.
    P.O. Box 555
    Winchester, TN  37398
    (931) 967-9496
    BPR #5617

### *CERTIFICATE OF SERVICE*

I hereby certify that a true and exact copy of the foregoing Agreed Order of Dismissal via electronic filing and U.S. Mail to the following:

Mr. Floyd Don Davis
***DAVIS, KESSLER & DAVIS***
P.O. Box 626
Winchester, TN  37398

Mr. Michael D. Stevens
***HENKE-BUFKIN, P.A.***
1223 East Jackson Avenue
Suite 201
P.O. Box 1124
Oxford, MS  38655

this the ____ day of November, 2013.

_____
GREGORY M. O'NEAL