UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| DENNIE HILL, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 4:12-cv-82 |
| v. ) | |
| ) | Judge Mattice |
| HEARTLAND CROP INSURANCE CO., ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## ORDER

On November 13, 2013, the parties submitted a "Motion to Dismiss" and an "Agreed Order of Dismissal" (Docs. 20, 20-1). The parties indicate that all matters in this controversy were settled through arbitration and mediation and that the mediation award has been paid to Plaintiff.

The Court construes this filing as a Motion for a court order of dismissal, pursuant to Fed. R. Civ. P. 41(a)(2). All parties to this action now agree that it should be dismissed and agree that costs should be taxed equally to the parties. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 14th day of November, 2013.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE